**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Charles David Clegg, | ) | No. CIV 06-032-PHX-SRB (GEE) |
| Plaintiff, | ) | **REPORT AND RECOMMENDATION** |
| vs. | ) | |
| Joseph M. Arpaio, | ) | |
| Defendant. | ) | |

On January 4, 2006, the plaintiff filed a complaint pursuant to 42 U.S.C. § 1983 claiming his civil rights were being violated by his conditions of confinement. On January 20, 2006, this court screened the complaint and ordered commencement of service.

In that screening order, the court specifically warned the plaintiff he must complete service within 60 days of the filing of the order or within the 120-day time limit allowed by FED.R.CIV.P. 4(m), whichever is later. *See* LRCiv. 16.2(b)(2)(B)(i). The plaintiff was explicitly warned failure to do so could result in dismissal of the action. The court further warned the plaintiff he must immediately advise the court of any change in his address or the action could be dismissed for failure to prosecute.

That same day, the court sent a service packet to the plaintiff for processing. The plaintiff, however, did not return the completed packet. On May 10, 2006, the court issued

1  the plaintiff an order to show cause why this case should not be dismissed, but the order was
2  returned as undeliverable and marked "Released 2/2/06."
3  　　　The time limits for service have passed, and service has not been completed. The
4  plaintiff has apparently changed his address without advising the court.

6  　　　Recommendation
7  　　　The Magistrate Judge recommends the District Court, after its independent review of
8  the record, enter an order

10  　　　DISMISSING this action for failure to prosecute.

12  　　　Pursuant to 28 U.S.C. §636 (b), any party may serve and file written objections within
13  10 days of being served with a copy of this report and recommendation.   If objections are
14  not timely filed, the party's right to de novo review may be waived. *See United States v.*
15  *Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).
16  　　　The Clerk is directed to send a copy of this report and recommendation to all parties.

18  　　　DATED this 12th day of June, 2006.

_____
Glenda E. Edmonds
United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28