**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Charles David Clegg, | ) | No. CV06-0032-PHX-SRB |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Joseph M. Arpaio, | ) | |
| Defendant. | ) | |

    Plaintiff, Charles David Clegg, filed his Civil Rights Complaint on January 4, 2006. On January 20, 2006, this Court issued an order advising Plaintiff to complete and return a service packet for Defendant by February 9, 2006. On March 23, 2006 the Court issued an order to show cause giving Plaintiff until April 5, 2006 to show cause why this case should not be dismissed. On May 10, 2006 the Court issued another order to show cause giving Plaintiff until May 18, 2006 to show cause why this case should not be dismissed. Plaintiff did not respond to either order to show cause order and Plaintiff's copy of the May 18, 2006 order was returned by the Post Office with the notation "Released 2/2/06."

    On June 12 2006, the Magistrate Judge filed her Report and Recommendation recommending that this case be dismissed without prejudice for Plaintiff's failure to prosecute.

    In her Report and Recommendation the Magistrate Judge advised the parties that they had 10 days from the date of service of a copy of the Report and Recommendation within

1 which to file specific written objections with the Court.  The time to file such objections has
2 since expired and no objections to the Report and Recommendation have been filed.  The
3 Court notes that on June 21, 2006 Plaintiff's copy of the Report and Recommendation was
4 also returned by the Post Office with the notation "Released 2/2/06."  Plaintiff has not filed
5 a change of address with the Court.

6 　　　　The Court finds itself in agreement with the Report and Recommendation of the
7 Magistrate Judge.

8 　　　　IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
9 as the order of this Court.

10 　　　　IT IS FURTHER ORDERED dismissing this case without prejudice for failure to
11 prosecute.

12 　　　　IT IS FURTHER ORDERED directing the Clerk to enter Judgment accordingly.

14 　　　　　　　　　　DATED this 6th day of July, 2006.

_____
Susan R. Bolton
United States District Judge